899 A.2d 300

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
HENRY R. MAREK, DEFENDANT–PETITIONER.

May 11, 2006.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for a new trial in light of *State v. Cummings* 184 *N.J.* 84, 875 *A.*2d 906 (2005).

---

899 A.2d 300

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ANTHONY MCCALL, DEFENDANT–PETITIONER.

May 25, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).